## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| HERBERT DALE CONAWAY, | : | No. 15 WM 2018 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF FAYETTE COUNTY, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2018, the Petition for Writ of Mandamus is DENIED.